761 A.2d 534

IN THE MATTER OF SCOTT J. WOOD, AN ATTORNEY AT LAW.

November 22, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **SCOTT J. WOOD** of **MOUNT HOLLY**, who was admitted to the bar of this State in 1988, should be reprimanded for violating *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failure to keep client reasonably informed), and good cause appearing;

It is ORDERED that **SCOTT J. WOOD** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.